UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
City of Livonia Retiree Health
and Disability Benefits Plan,
                Plaintiff(s),

        -against-

Diebold Nixdorf, Incorporated,
et al.,
                Defendant(s).
------------------------------------x

19 cv 10528 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than February 24, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: February 15, 2023

New York, New York